IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

VENANCIO VIGIL, JR.,

                Petitioner,

v.                                                        CASE NO. 25-3040-JWL

PAUL SNYDER,

                Respondent.

**MEMORANDUM AND ORDER**

      This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas prisoner Venancio Vigil, Jr.. (Doc. 1, p. 1); *see also State v. Vigil*, 2020 WL 741702 (Kan. Ct. App. Feb. 14, 2020) (unpublished), *rev. denied* Aug. 31, 2020. It comes now before the Court on Petitioner's response (Doc. 7) to the Court's March 26, 2025 memorandum and order (Doc. 6). Therein, Petitioner asks this Court to dismiss this matter without prejudice so that he may exhaust his claims in state court. (Doc. 7.) The Court will construe this as a motion for voluntary dismissal and will grant the motion.

      **IT IS THEREFORE ORDERED** that the response (Doc. 7) is liberally construed as a motion for voluntary dismissal and is granted. This matter is dismissed without prejudice.

      **IT IS SO ORDERED.**

      DATED:   This 23rd day of April, 2025, at Kansas City, Kansas.

                                      S/ John W. Lungstrum
                                      JOHN W. LUNGSTRUM
                                      United States District Judge